| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Matthew Resnik<br>510 West 6th Street, Suite 1220<br>Los Angeles, CA 90014<br>(213)572-0800 Fax: (213)572-0860<br>California State Bar Number: 182562<br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Gilda Patricia Ramos<br><br><br><br>Debtor. | CHAPTER  13<br><br>CASE NUMBER 2:10-bk-28642-VZ<br><br>ADVERSARY NUMBER |
|---|---|
| Gilda Patricia Ramos<br>Plaintiff(s),<br>vs.<br>America's Servicing Company a Division of Wells Fargo Home Mortgage<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE<br>OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: 1368 | Floor: 13 |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**KATHLEEN J. CAMPBELL
Clerk of Court**

By: _____
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)

**F 7004-1**

FORM B104 (08/07)                                                                                                                                                        2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| PLAINTIFFS<br>Gilda Patricia Ramos | DEFENDANTS<br>America's Servicing Company a Division of Wells Fargo Home Mortgage |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Simon & Resnik, LLP  (213) 572-0800<br>510 W. 6th St., Suite 1220<br>Los Angeles, CA 90014 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee |
| CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Proceedings to determine value of real property, extinguish the lien of a mortgage creditor under 11 U.S.C. Section 506 and to determine creditor to hold a general unsecured claim ||

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

FRBP 7001(1) – Recovery of Money/Property
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

FRBP 7001(2) – Validity, Priority or Extent of Lien
[1] 21-Validity, priority or extent of lien or other interest in property

FRBP 7001(3) – Approval of Sale of Property
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

FRBP 7001(4) – Objection/Revocation of Discharge
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

FRBP 7001(5) – Revocation of Confirmation
☐ 51-Revocation of confirmation

FRBP 7001(6) – Dischargeability
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

FRBP 7001(6) – Dischargeability (continued)
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

FRBP 7001(7) – Injunctive Relief
☐ 71-Injunctive relief – Imposition of stay
☐ 72-Injunctive relief – other

FRBP 7001(8) Subordination of Claim or Interest
☐ 81-Subordination of claim or interest

FRBP 7001(9) Declaratory Judgment
[2] 91-Declaratory judgment

FRBP 7001(10) Determination of Removed Action
☐ 01-Determination of removed claim or cause

Other
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought ||

FORM B104 (08/07), page 2                                                                 2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||| 
|---|---|---|
| NAME OF DEBTOR<br>Gilda Patricia Ramos || BANKRUPTCY CASE NO.<br>2:10-bk-28642VZ |
| DISTRICT IN WHICH CASE IS PENDING<br>Central | DIVISIONAL OFFICE<br>Los Angeles | NAME OF JUDGE<br>Vincent Zurzolo |
| RELATED ADVERSARY PROCEEDING (IF ANY) |||
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |||
| DATE<br>1/5/11 || PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Matthew D. Resnik |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents**. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Matthew D. Resnik, Esq. (SBN 182562)<br>SIMON & RESNIK, LLP<br>510 W. 6th Street, Suite 1220<br>Los Angeles, CA 90014<br><br>Telephone: 213-572-0800<br>Facsimile: 213-572-0860<br>Email: Matt@simonresniklaw.com<br><br>☑ Attorney for Plaintiff(s):<br>☐ Plaintiff(s) appearing without attorney | FOR COURT USE ONLY |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - Los Angeles _____ DIVISION

| In re: Gilda Patricia Ramos<br><br>Debtor(s). | CASE NO.: 2:10-bk-28642-VZ<br>CHAPTER 13<br>ADVERSARY NO.: |
|---|---|
| Gilda Patricia Ramos<br><br>Plaintiff(s),<br>vs.<br><br>America's Servicing Company a Division of Wells Fargo Home Mortgage<br><br>Defendant. | **DEBTOR'S COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(a),(d); FRBP 3012]**<br><br>TO BE FILED CONCURRENTLY WITH LBR FORM F 7004-1 SUMMONS AND NOTICE OF STATUS CONFERENCE AND FORM B-104 ADVERSARY PROCEEDING COVER SHEET |

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Defendant"):** America's Servicing Company a Division of Wells Fargo Home Mortgage

**A. Introduction:** This is an adversary proceeding brought by the Plaintiff(s), Gilda Patricia Ramos _____, in order to determine the value of a claim secured by a lien on principal residence of Plaintiff(s) which the estate has an interest, and to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") of Defendant, pursuant to 11 U.S.C. § 506.

**B. Jurisdiction:** This adversary proceeding arises out of and is related to the above-captioned chapter 13 case now pending in United States Bankruptcy Court. The complaint involves a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2). The court has jurisdiction in this adversary proceeding pursuant to 28 U.S.C. §§ 157, 1334; and General Order No. 266 of the United States District Court for the Central District of California.

C. **Venue:** Venue for this adversary proceeding is proper in this court pursuant to 28 U.S.C. § 1409(a).

D. **General Allegations:**

1. **Property at Issue:** Plaintiff(s) owns real property (the "Property"), which is the principal residence of Plaintiff(s), described below, encumbered by a lien held by Defendant:

   *Street Address:* 265 Maiden Lane
   *Unit Number:*
   *City, State, Zip Code:* Montebello, CA 90640

   Legal description or document recording number (including county of recording):

   ☐ See attached page

2. **Grounds for Avoidance of Junior Lien:**
   a. As of 1/5/11, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the Plaintiff(s) seeks to have treated as indicated:

   i. Deutsche Bank, N.A. et al. in the amount of $ 307,143.78:

   ii. America's Servicing Company et al. in the amount of $ 62,307.00 ☑ is ☐ is not to be avoided;

   iii. _____ in the amount of $ _____ ☐ is ☐ is not to be avoided;

   ☐ See attached page for additional lien(s).

   b. As of 5/30/10, Property is worth no more than $ 235,000.00.

   c. As a result, Defendant's claim related to the Lien on the Property is ☑ wholly ☐ partially unsecured.

E. **Claim For Relief:**

1. Pursuant to 11 U.S.C. § 506(a), Defendant's claim as of the date of filing is unsecured.

2. Pursuant to 11 U.S.C. § 506(d) the Defendant's Lien may be avoided.

F. **Wherefore, Plaintiff prays for the following:**

1. The Property is valued at no more than $ 235,000.00.

2. The Defendant's claim related to the Lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

3. The avoidance of Defendant's Lien is contingent upon ☑ Debtor's completion of the chapter 13 plan, or ☑ Debtor's receipt of a chapter 13 discharge.

4. The Defendant shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of Debtor's chapter 13 case, the conversion of Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to: ☑ Debtor's completion of the chapter 13 plan, or ☑ Debtor's receipt of a chapter 13 discharge.

5. In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes Defendant's lien rights prior to: ☑ Debtor's completion of the chapter 13 plan, or ☑ Debtor's receipt of a chapter 13 discharge,

6. ☐ See attached continuation page for additional provisions.

Dated: 1/5/11

Respectfully submitted,

By: _____
*Signature of Plaintiff or Attorney for Plaintiff*

Name: Matthew D. Resnik, Esq.
*Type Name of Plaintiff or Attorney for Plaintiff*